■ SHARON McAFEE, Appellant, v JAMES McAFEE, Respondent. [921 NYS2d 614]—Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered December 30, 2009 in a divorce action. The order, among other things, denied plaintiff's motion to find defendant in contempt.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.